**RECOMMENDATION TERMINATING
PROBATION PRIOR TO EXPIRATION DATE**



UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

JAN 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:01M02353-01 LJO |
| ) | |
| DAVID O'BRIEN JR. ) | |

## LEGAL HISTORY:

On June 19, 2002, the above-named was placed on probation for a period of 24 months, which commenced on June 19, 2002. Special conditions included a requirement for 1) Correctional treatment; 2) Drug/alcohol testing; 3) Alcohol abstinence; 4) Co-payment; 5) Reporting requirement; and 6) Credit for time served.

## SUMMARY OF COMPLIANCE:

Although the offender has generally complied with all conditions and special conditions of probation, the Court is reminded that on September 10, 2003, the offender was arrested on a local matter for violation of California Health and Safety Code, section HS11550, Under the Influence of a Controlled Substance. This new arrest, along with violations for Use of a Controlled Substance and Failure to Submit to Drug Testing, resulted in a violation of the offender's Federal Probation and a sentence that extended his term of probation an additional 24 months.

On the new arrest, the offender received a deferred judgment by the local court and ordered to attend Kings View Community Service for outpatient substance abuse treatment. At the time of his referral, the offender was also being drug tested by Turning Point Aftercare. The offender subsequently failed to complete the program at Kings View Community Service and a warrant was issued by the Municipal Court. The offender appeared in court and the matter was continued for further proceedings. During the course of the following year, the matter was continued numerous times for various reasons causing significant delays. The offender maintained contact with his Federal probation officer and his Fresno county probation officer. Finally, on September 30, 2005,

Re:   **DAVID O'BRIEN JR.**
      Docket Number:   1:01M02353-01 LJO
      **RECOMMENDATION TERMINATING**
      **PROBATION PRIOR TO EXPIRATION DATE**

the offender was sentenced to a period of 24 months unsupervised probation. Given that the offender's conduct in this matter was taken into consideration during his Federal probation violation, the undersigned probation officer is requesting no further action be taken.

Although the offender is not a model probationer and has had some difficulty staying in compliance, he nevertheless appears to have derived maximum benefit from supervision and is not in need of continued supervision. The offender has participated in drug treatment since his initial placement on supervision and completed a period of confinement at Turning Point Comprehensive Sanction Center. He appears to have remained drug free for more than a year and has paid his court-imposed fine in full. Additionally, he has maintained steady employment and a stable residence. The offender recently enlisted into the United States Army, but is not able to complete his enlistment until he has completed his Federal probation which is due to expire in six months.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that probation in this case be terminated early.

                                Respectfully submitted,

                                /s/ Katerina M. Holland

                                **KATERINA M. HOLLAND**
                                **United States Probation Officer**

Dated:    January 6, 2006
          Fresno, California
          KMH

**REVIEWED BY:**    /s/ Katerina M. Holland
                    **BRUCE VASQUEZ**
                    **Supervising United States Probation Officer**

KMH
cc:    AUSA Stanley A. Boone, (Pursuant to Rule 32, notice of proposed relief to the offender is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**



**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

JAN 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 1:01M02353-01 LJO |
| ) | |
| **DAVID O'BRIEN JR.** ) | |

On June 19, 2002, the above-named was placed on probation for a period of 24 months. The offender has complied with the rules and regulations of supervision. It is accordingly recommended that David O'Brien Jr., be discharged from supervision.

Respectfully submitted,

/s/ Katerina M. Holland

**KATERINA M. HOLLAND
United States Probation Officer**

Dated: January 6, 2006
Fresno, California
KMH

**REVIEWED BY:** __/s/ Bruce Vasquez__
**BRUCE VASQUEZ
Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:   **DAVID O'BRIEN JR.**
      Docket Number:   1:01M02353-01 LJO
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the offender be discharged from probation, and that the proceedings in the case be terminated.

_January 26, 2006_
**Date**

_/s/ Lawrence J. O'Neill_
**LAWRENCE J. O'NEILL**
**United States Magistrate Judge**

KMH
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office